NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BIDEAU JEAN,                        )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D19-124
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; Donald H. Mason,
Judge.


PER CURIAM.


            Affirmed.  See Martin v. State, 987 So. 2d 141 (Fla. 2d DCA 2008);

McGuire v. State, 979 So. 2d 262 (Fla. 2d DCA 2007).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.